IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| JULIA MAY DAWES | § | |
| VS. | § | CIVIL ACTION NO. 4:07cv528<br>CRIM. ACTION NO. 4:04cr92(02) |
| UNITED STATES OF AMERICA | § | |

<u>ORDER OF DISMISSAL</u>

This civil action was referred to a United States Magistrate Judge, who issued a Report and Recommendation (#31) concluding that, after an evidentiary hearing, the motion to vacate, set aside, or correct sentence should be denied and dismissed with prejudice. Movant has filed objections.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections (#33) raised by Movant to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the motion to vacate, set aside, or correct sentence is **DENIED** and Movant's case is **DISMISSED** with prejudice. Additionally, it is

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**It is SO ORDERED.**

SIGNED this 17th day of May, 2013.

*(signature)*
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE